87 F.3d 1308
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Stephen T. JONES, Plaintiff-Appellant,
v.
MR. SMITH, the Captain of the Burke County Jail, Morgantown,
North Carolina; VERA DOE, Correctional Officer at the Burke
County Jail, individually and in her official capacity;
SANDY DOE, Correctional Officer at the Burke County Jail,
individually and in her official capacity; DIANN DOE,
Correctional Officer at the Burke County Jail, individually
and in her official capacity; CATHY DOE, Correctional
Officer at the Burke County Jail, individually and in her
official capacity; CANDY DOE, Correctional Officer at the
Burke County Jail, individually and in her official
capacity; PHILLIS BANNER, Nurse at the Burke County Jail,
individually and in her official capacity; JOHN DOE 1,
Dietician at the Burke County Jail, individually and in his
official capacity; JANE DOE 1, Dietician at the Burke
County Jail, individually and in her official capacity;
JOHN DOE 2, Sergeant at the Burke County Jail, individually
and in his official capacity; JANE DOE 2, Sergeant at the
Burke County Jail, individually and in her official
capacity, Defendants-Appellees.
 No. 96-6126.
 United States Court of Appeals, Fourth Circuit.
 Submitted May 16, 1996.
 Decided June 5, 1996.
 
 Stephen T. Jones, Appellant Pro Se.
 Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Jones v. Smith, No. CA-95-193-4-MU (W.D.N.C. Jan. 11, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.